## STATEMENT OF FACTS

On March 3, 2024, members of the Metropolitan Police Department (MPD)'s Special Mission Unit were operating a marked squad car when they observed a black Kia sedan with M.D. Tag# 3FH1185. A WALES/NCIC search indicated that the vehicle was stolen from Prince George's County, Maryland on February 28, 2024. MPD Officer ▇▇▇▇▇ and MPD Officer ▇▇ made a U-turn and noticed the black Kia sedan parking at a gas station. Officers conducted a traffic stop of the vehicle at 3011 Martin Luther King Avenue Southeast, Washington, D.C. 20032.

Officer ▇▇▇▇▇ ordered the driver, **RICHARDO ELLERBE**, and the front passenger, Khalil Sharpe, to exit the vehicle. As Officer ▇▇▇▇ attempted to place **ELLERBE** in handcuffs, **ELLERBE** began to resist arrest by pulling his body and arms away from Officer Czerwinski. At the same time, the front passenger Khalil Sharpe also began pulling his arms and body away from Officer ▇▇ to avoid police custody. After a brief struggle, officers were able to handcuff and detain both men. From **ELLERBE**'s person, officers recovered a gray satchel bag that was buckled around **ELLERBE**'s body. Inside the gray satchel bag was a black and brown .22 caliber revolver with serial number L782479. The firearm had a capacity for 6 rounds and had no ammunition inside of it at the time it was recovered.

While on scene, officers conducted a CRS gun query on the black and brown revolver, which revealed that **ELLERBE** did not have a gun registration on file in the District of Columbia nor did he have a license to a carry a pistol in the District of Columbia. There are no firearms manufacturers in the District of Columbia. Therefore, the firearm recovered from **ELLERBE** would have travelled in interstate commerce prior to being recovered in the District of Columbia. A WALES/NCIC search of **ELLERBE** revealed that he did not have a valid driver's license.

In the passenger door of the black Kia sedan, officers recovered a clear plastic bag containing a white rock substance which field tested positive for crack cocaine, along with a digital scale. Inside the vehicle, officers recovered three open containers of alcoholic beverages. Officers located a USB and a loose ignition in the vehicle.

In addition, officers discovered that **ELLERBE** has a full extradition warrant for Aggravated Assault with a Weapon in Arlington, V.A. in reference to warrant number 241610300048A. A query of **ELLERBE**'s criminal history showed that he has a previous conviction punishable by more than a year of incarceration in case number 2017-CF1-0559. In that case, the defendant was convicted of Assault with Intent to Kill and Unlawful Possession of a Firearm (Crime of Violence) in the Superior Court for the District of Columbia. On February 15, 2018, the defendant was sentenced to a term of 96 months incarceration followed by three (3) years of supervised release. Accordingly, **ELLERBE** has a prior conviction for a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact.

As such, your affiant submits that probable cause exists to charge **ELLERBE** with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Your Affiant has not provided every fact known to him about the investigation but facts sufficient to establish probable cause.

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone.

Subscribed and sworn pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on March 6, 2024.

_____
Honorable Robin M. Meriweather
United States Magistrate Judge